

# NUMBER 13-22-00045-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

BERTHA VILLARREAL,                                                    Appellant,

v.

AIDA GUERRERO VILLARREAL,                                            Appellee.

## On appeal from the 389th District Court of Hidalgo County, Texas.

## ORDER TO FILE APPELLANT'S BRIEF

**Before Justices Benavides, Hinojosa, and Silva**
**Order Per Curiam**

This cause is currently before the Court on appellant's fourth, fifth, and sixth motions for extension of time to file brief. After three previous extensions, appellant's brief was due to be filed on August 3, 2022. On July 27, 2022, the Clerk of the Court notified appellant that no further extensions shall be granted absent exigent circumstances. On

August 10, 2022, appellant filed a brief which does not comply with rule 38.1(h) of the Texas Rules of Appellate Procedure, as the summary of the arguments merely repeats the issues presented.

The Court looks with disfavor upon the delay caused by counsel's failure to timely file a compliant brief in this matter. However, having fully examined the record and considered appellant's pending motions for extension of time to file the brief, the extensions previously granted in this cause, and appellant's non-compliant brief, the Court is of the opinion that, in the interest of justice, appellant's pending motions for extension of time to file the brief should each be granted by Order.

Accordingly, appellant's fourth, fifth, and sixth motions for extension of time to file the brief are hereby granted. Furthermore, under the authority of Texas Rules of Appellate Procedure 38.9(a) and (b), we order the Honorable Victoria Guerra, counsel for appellant, to amend or redraw the brief to conform to the rules on or before September 1, 2022. If the new brief is timely filed in compliance with this order, no motion for leave shall be required. Furthermore, appellant is hereby notified that if another brief does not comply, it may be stricken, and appellant may be prohibited from filing another brief. *See* Tex. R. App. P. 38.9. In that circumstance, the Court may dismiss the appeal for want of prosecution and appellant's failure to comply with this Court's directive and the appellate rules. *See id.* 38.8(a)(1), 42.3(b), (c).

PER CURIAM

Delivered and filed on the
22nd day of August, 2022.